IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS INC,　　　　　　　　　　　　No. C 11-06334 CW

　　　　Plaintiff,　　　　　　　　　　　　　　　ORDER RE DEFAULT

　　v.

MIULER REYES, also known as
Miuler Reyes Henriquez,
individually and doing business
as EL SALVADORENO RESTUARANT,

　　　　Defendant.
_____/

　　Default having been entered by the Clerk on March 9, 2012,

　　IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar. The Magistrate Judge shall prepare findings and recommendation on the motion.

　　IT IS FURTHER ORDERED that the Case Management Conference previously set for Wednesday, April 4, 2012 is continued to Wednesday, June 27, 2012.

Dated: 3/15/2012

　　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　United States District Judge