IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS INC,<br><br>    Plaintiff,<br><br>  v.<br><br>MIULER REYES, also known as Miuler Reyes Henriquez, individually and doing business as EL SALVADORENO RESTUARANT,<br><br>    Defendant.<br>_____/ | No. C 11-06334 CW<br><br>ORDER OF REFERENCE TO MAGISTRATE JUDGE |

    Pursuant to Civil Local Rule 72-1, IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment filed in the above-captioned case is referred to a Magistrate Judge to be heard and considered at the convenience of his/her calendar.  The hearing noticed for Thursday, May 10, 2012, is vacated.  The Magistrate Judge shall prepare findings and recommendation on the motion.

Dated: 4/4/2012

                          CLAUDIA WILKEN
                          United States District Judge

cc: MagRef