IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS INC, | No. C 11-06334 CW |
|     Plaintiff, | ORDER OF REFERENCE TO MAGISTRATE JUDGE |
|   v. | |
| MIULER REYES, also known as Miuler Reyes Henriquez, individually and doing business as EL SALVADORENO RESTUARANT, | |
|     Defendant. | |

    Pursuant to Civil Local Rule 72-1, IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment filed in the above-captioned case is referred to a Magistrate Judge to be heard and considered at the convenience of his/her calendar.  The hearing noticed for Thursday, May 10, 2012, is vacated.  The Magistrate Judge shall prepare findings and recommendation on the motion.

Dated: 4/4/2012

                                  CLAUDIA WILKEN
                                  United States District Judge

cc: MagRef