UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS INC          No. C-11-06334-CW (DMR)

        Plaintiff(s),          **ORDER VACATING SETTLEMENT CONFERENCE**

      v.

REYES,

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

      The parties to this matter have advised the Court that they have agreed to a settlement. Therefore, you are hereby notified that the Settlement Conference set for **June 28, 2013 at 11:00 a.m.** before the Honorable Donna M. Ryu is VACATED.

Dated: June 27, 2013

_____
DONNA M. RYU
United States Magistrate Judge

IT IS SO ORDERED
Judge Donna M. Ryu