Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joe Hand Promotions, Inc., | CASE NO. 4:11-cv-06334-CW |
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT MIULER REYES A/K/A MIULER REYES HENRIQUEZ, individually and d/b/a EL SALVADORENO RESTAURANT |
| vs. | |
| Miuler Reyes, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff JOE HAND PROMOTIONS, INC. and Defendant MIULER REYES A/K/A MIULER REYES HENRIQUEZ, individually and d/b/a EL SALVADORENO RESTAURANT, that the above-entitled action is hereby dismissed **without prejudice** against MIULER REYES A/K/A MIULER REYES HENRIQUEZ, individually and d/b/a EL SALVADORENO RESTAURANT, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

IT IS FURTHER STIPULATED that provided no Party referenced above has filed a motion to reopen this action by August 9, 2013, the dismissal shall be deemed to be **with prejudice**.

///

///

///

1    This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).   Each Party

2    referenced-above shall bear its own attorneys' fees and costs.

3

4

5    Dated: June 25, 2013

6                                            LAW OFFICES OF THOMAS P. RILEY, P.C.
                                             By: Thomas P. Riley, Esquire
7                                            Attorneys for Plaintiff
                                             JOE HAND PROMOTIONS, INC.
8

9

10
     Dated:
11                                           MIULER REYES A/K/A MIULER REYES HENRIQUEZ
                                             Individually and d/b/a EL SALVADORENO RESTAURANT
12

13

14

15

16

17

18

19

20

21

22

23

24   IT IS SO ORDERED:

25

26                                                       Dated:      7/11/2013

27   The Honorable Claudia Wilken
     United States District Court
28   Northern District of California


     STIPULATION OF DISMISSAL
     Case No. 4:11-cv-06334-CW
     PAGE 2

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On June 25, 2013, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT MIULER REYES A/K/A MIULER REYES HENRIQUEZ, individually and d/b/a EL SALVADORENO RESTAURANT**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Miuler Reyes                                              (Defendant, Pro Se)
196 Atlantic Avenue
Pittsburg, CA 94565


The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 25, 2013, at South Pasadena, California.

Dated: June 25, 2013

_____
**VANESSA VENTURA**

STIPULATION OF DISMISSAL
Case No. 4:11-cv-06334-CW
PAGE 3